Bacon, Administrator, v. Withrow *et al.*

No. 12,774.

## BACON, ADMINISTRATOR, *v.* WITHROW ET AL.

APPEAL.—*Assignment of Errors.—Must be Filed within Year from Date of Judgment.—Dismissal.*—Where the assignment of errors is not filed in the Supreme Court within one year from the time final judgment was entered in the cause in the trial court, the appeal will be dismissed.

From the Jennings Circuit Court.

*D. Bacon,* for appellant.

*A. G. Smith,* for appellees.

ELLIOTT, C. J.—The final judgment in this case was rendered on the 10th day of July, 1885, and the record was filed in this court on the 21st day of December of that year, but no assignment of errors was filed until the 7th day of December, 1886. The appellees press a motion to dismiss the appeal, on the ground that the appeal was not brought within one year from the time the final judgment in the trial court was entered.

The motion of the appellees must prevail. The assignment of errors is the appellant's complaint, and without it there is no case before the court. *Hollingsworth* v. *State, ex rel.*, 8 Ind. 257; *Henderson* v. *Halliday,* 10 Ind. 24.

In the last case it was said : " There is no assignment of errors. Hence, we have no jurisdiction of the case." Judge Buskirk thus states the rule : " Until such assignment is made, a case is not in the Supreme Court for any purpose whatever." Buskirk Pr. 111.

In view of the decision in *Price* v. *Baker,* 41 Ind. 570, this statement, perhaps, requires modification, for, under the rule there declared, a case may be in this court for the purpose of obtaining process before the assignment of errors is filed. But when a year is allowed to elapse without filing an assignment of errors, it is quite clear that the case can not be regarded as properly in this court. *Breeding* v. *Shinn,* 11

Ind. 547; *State, ex rel.,* v. *Delano,* 34 Ind. 52; *Thoma* v. *State,* 86 Ind. 182; *Estate of Thomas* v. *Service,* 90 Ind. 128.

Appeal dismissed.

Filed March 8, 1887.